IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **MALIK HUSSAIN,** | : | |
| Petitioner, | : | |
| v. | : | **CIVIL ACTION 06-0801-CG-M** |
| **ALBERTO GONZALES,** | : | |
| **MICHAEL CHERTOFF,** | | |
| **WARDEN DAVID O. STREIFF,** | : | |
| Respondents. | : | |

## ORDER

In light of United States' Second Supplemental Response (Doc. 25), representing that the petitioner was repatriated to Pakistan on December 4, 2007, the court finds that the petition for writ of habeas corpus is hereby deemed to be **MOOT**.

**DONE and ORDERED** this 2nd day of January, 2008.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE